[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 22, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-13108
Non-Argument Calendar

_____

D. C. Docket No. 06-00001-CR-ORL-19-JGG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCHAL WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 22, 2006)**

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, counsel for Marchal Williams, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Williams's conviction and sentence are AFFIRMED.